## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN PETERS, WILLIAM SUDDUTH, TRAVIS CONKLIN, and ROBERT WILSON,<br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>GNC CONTRACTING, d/b/a G&C CONTRACTING, JERRY CONKLIN, and CRYSTAL ZAWINSKI,<br>　　　　　Defendants. | Civil Action No. 19-1239 |

### ORDER OF COURT

AND NOW, this 19th day of May, 2021, upon consideration of the April 21, 2021 Report and Recommendation [49] filed by the United States Magistrate Judge recommending that the Motion for Default Judgment [35] and Supplemental Motion for Default Judgment [42] be granted, and providing the parties fourteen days to file objections thereto, (Docket No. [49]) and no objections having been filed by the date of this Order, and upon independent review and consideration of the motions, (Docket No. [35], [42]), the Default entered by the Clerk of Court, (Docket No. [34]), the allegations in Plaintiffs' Amended Complaint, (Docket No. [31]), and the Magistrate Judge's Report and Recommendation (Docket No. [49]), which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiffs' Motion [35] and Supplemental Motion [42] are GRANTED;

IT IS FURTHER ORDERED that the Court awards Plaintiff Ryan Peters $14,858.00 in total damages; Plaintiff William Sudduth $4,678.00 in total damages; Plaintiff Travis Conklin $13,299.80 in total damages; and Plaintiff Robert Wilson $500.00 in total damages;

IT IS FURTHER ORDERED that the Court also awards $21,672.50 in attorney's fees and $42.55 in expenses to Plaintiffs; and,

FINALLY, an appropriate Judgment follows.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: All counsel of record.
U.S. Magistrate Judge Patricia L. Dodge

cc:  Jerry Conklin
1101 Geyer Road
Pittsburgh, PA 15209
(via first class U.S. mail)

GNC Contracting
1101 Geyer Road
Pittsburgh, PA 15209
(via first class U.S. mail)

Crystal Zawinski
1101 Geyer Road
Pittsburgh, PA 15209
(via first class U.S. mail)